IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HILDA SOLIS, Secretary of Labor, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:10-00472 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| TENNESSEE COMMERCE | ) | |
| BANCORP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In accordance with the Memorandum filed herewith, the Defendants' motion to stay pending appeal (Docket Entry No. 12) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 20th day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge